UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re                                                    Chapter 11 Case No.

**Ihab Hussam Tartir,**                                  10-51846 (JF)

Debtor.
---------------------------------------------------------------x

### ORDER PURSUANT TO FED. R. BANKR. P. 9019
### APPROVING SETTLEMENT AGREEMENT AND COMPROMISE

Upon the Motion, dated June 29, 2009 (the "Motion"), of Ihab H. Tartir, as debtor in possession (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order approving and ratifying the settlement agreement (the "Settlement Agreement"), attached to the Motion as Exhibit "A", between the Debtor and New York Community Bank ("NYCB"), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, his estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the ~~Debtor entry into the~~ Settlement Agreement is in the best ~~I~~interests of the Debtor and his estate; and it is further

ORDERED, that the settlements and compromise embodied in the Settlement Agreement are within the range of reasonableness; and it is further

ORDERED, that the Debtor is authorized to enter ~~entry~~ into the Settlement Agreement ~~is authorized~~,

~~ratified and directed~~; and it is further

ORDERED, that upon entry of this Order, all terms and conditions of the Settlement Agreement shall become effective; and it is further

~~ORDERED that to the extent any conflict exists between the terms and conditions of the Settlement Agreement and this Order, this Order shall control; and it is further~~

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Brooklyn, New York
      July 29, 2011                           s/Jerome Feller
                                                United States Bankruptcy Judge